FILED

11/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0384

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0384

MICHAEL GILBERT ILK,

       Petitioner and Appellant,

v.

STATE OF MONTANA,

       Respondent and Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including December 12, 2020, within which to prepare, serve, and file the State's response.

**TKP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 13 2020